UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING (#117085)

VERSUS

SGT. SHAUNRY WILLIAMS

CIVIL ACTION

NO. 10-197-JJB-DLD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 18, 2010 (doc. no. 9). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, this 17th day of September, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA